ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR BUCHANAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (BP), et al.,<br><br>    Defendants. | No. C09-01105 PJH<br><br>STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT |

Come now Plaintiff OMAR BUCHANAN ("Plaintiff") and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, defendant CC&S removed this case to the United State District Court for the Northern District of California on March 13, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff' allegations that his injury was caused by products designed and manufactured by CC&S under the supervision and control of the United States government;

WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

WHEREAS, Plaintiff and Defendant CC&S, the affected parties, have now reached a resolution of Plaintiff' claims against CC&S;

K:\Injured\102239\Fed-STIP-DISMISS CC&S.wpd                 1
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01105 PJH

WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot and given the resolution of Plaintiff' claims against it; and

WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CC&S seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: March 18, 2009        BRAYTON ❖ PURCELL LLP

By: _____
Richard M. Grant
Attorneys for Plaintiff

Dated: March 18, 2009        ARMSTRONG & ASSOCIATES, LLP

By: _____
Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274585. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: March 23, 2009   By: _____
UNITED STATES DISTRICT

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

K:\Injured\102239\Fed-STIP-DISMISS CC&S.wpd                    2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01105

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 19, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHE SERVICE LIST**

    __XXX__    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 19, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JANE A. EHNI

Omar Buchanan v. Asbestos Defs.
U.S.D.C. No. C9-1105 PJH

G:\POS\MULTIP.WPD

1

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

Brayton-Purcell Service List
Case 4:09-cv-01105-PJH   Document 10   Filed 03/23/09   Page 4 of 5
1
Date Created: 3/19/2009-3:46:11 PM
Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 102239.001 - Omar Buchanan

**Adams Nye Trapani Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955   415-982-2042 (fax)
**Defendants:**
 Taylor Plumbing Supply Company
(TAYPLB)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
 Crown Cork & Seal Company, Inc.
(CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
 J.T. Thorpe & Son, Inc. (THORPE)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
 Berry & Berry (B&B)

**Bowman and Brooke LLP**
879 West 190th Street
Suite 700
Gardena, CA 90248-4227
310-768-3068   310-719-1019 (fax)
**Defendants:**
 Ford Motor Company (FORD)
 General Motors Corporation (GM)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
 Foster Wheeler LLC (FKA Foster Wheeler
Corporation) (FOSTER)
 Nibco Inc. (NIBCO)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA 94607
510-590-9500   510-590-9595 (fax)
**Defendants:**
 Calaveras Asbestos, Ltd. (CALASB)
 Lindstrom & King Co. Inc. (LINKIN)
 Special Electric Company, Inc. (SECINC)

**Futterman & Dupree LLP**
160 Sansome Street
17th Floor
San Francisco, CA 94104
415-399-3840   415-399-3838 (fax)
**Defendants:**
 Colonial Sugar Refining Company (CSR)

**Gordon & Rees LLP**
101 West Broadway
Suite 2000
San Diego, CA 92101
619-696-6700   619-696-7124 (fax)
**Defendants:**
 N.H. Sjoberg & Son (NHSJOB)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
 Goodyear Tire & Rubber Company, The
(GOODYR)
 Ingersoll-Rand Company (INGRSL)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
 Sequoia Ventures Inc. (SEQUOA)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
 IMO Industries, Inc. (IMOIND)

**Imai, Tadlock, Keeney & Cordery, LLP**
100 Bush Street, Suite 1300
San Francisco, CA 94104
415-675-7000   415-675-7008 (fax)
**Defendants:**
 American International Supply, Inc.
(AMRINT)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
 Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
 Allis-Chalmers Corporation Product
Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
 Garlock Sealing Technologies, LLC
(GARLCK)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
 Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
213-250-1800   213-580-7942 (fax)
**Defendants:**
 Advocate Mines, Ltd. (ADVMIN)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
 Plant Insulation Company (PLANT)

**Low, Ball & Lynch**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630   415-982-1634 (fax)
**Defendants:**
 Groeniger & Company (GROEN)

**Manatt, Phelps & Phillips, LLP**
One Embarcadero
30th Floor
San Francisco, CA 94111
415-291-7400   415-291-7638 (fax)
**Defendants:**
 Ashby Plumbing and Heating Supply
(ASHPLU)
 Westburne Supply, Inc. (WESSUP)

Brayton-Purcell Service List
Case 4:09-cv-01105-PJH   Document 10   Filed 03/23/09   Page 5 of 5
2
Date Created: 3/19/2009-3:46:11 PM
Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 102239.001 - Omar Buchanan

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Grinnell Corporation (GRINN)
  Yarway Corporation (YARWAY)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
  Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Familian Corporation (FAMILI)
  Familian Northwest, Inc. (FAMNW)
  Keenan Properties, Inc. (KEENAN)
  Viacom, Inc. (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Selman Breitman LLP**
33 New Montgomery
6th floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Controlco (CNTRLC)
  Douglass Insulation Company, Inc. (DOUGLS)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  SVI Corporation (SVICOR)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  A.H. Voss Company (AHVOSS)
  Asbestos Corporation Limited (ASBLTD)